No. 12–672. HILL *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 12–678. JOHNSON ET AL. *v.* PAYNESVILLE FARMERS UNION COOPERATIVE OIL CO. Sup. Ct. Minn. Certiorari denied. ■

No. 12–681. RASHAW ET AL. *v.* UNITED CONSUMERS CREDIT UNION ET AL. C. A. 8th Cir. Certiorari denied. ■

No. 12–686. LEWIS *v.* HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 12–688. AUTOTEL *v.* NEVADA BELL TELEPHONE CO., DBA AT&T OF NEVADA. C. A. 9th Cir. Certiorari denied. ■

No. 12–695. BENCH BILLBOARD CO. *v.* CITY OF TOLEDO, OHIO. C. A. 6th Cir. Certiorari denied. ■

No. 12–700. MCCORKLE ET AL. *v.* BANK OF AMERICA CORP. ET AL. C. A. 4th Cir. Certiorari denied. ■

No. 12–701. PARSONS ET AL. *v.* SISTERS OF CHARITY OF LEAV-. ENWORTH HEALTH SYSTEM, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–704. BONE *v.* G4S YOUTH SERVICES, LLC, ET AL. ■ and TWIGGS *v.* SELIG ET AL. (679 F. 3d 990). C. A. 8th Cir. Certiorari denied.

No. 12–706. CARANDANG LIBROJO *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 12–711. ELWELL *v.* OKLAHOMA EX REL. BOARD OF RE-GENTS OF THE UNIVERSITY OF OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 12–713. BELL *v.* WASHINGTON HOSPITAL CENTER. Ct. App. D. C. Certiorari denied.

No. 12–714. RFT MANAGEMENT CO., LLC *v.* TINSLEY & ADAMS, LLP, ET AL. Sup. Ct. S. C. Certiorari denied. ■